JERSEY SHORE TRUST COMPANY, Appellant, *v.* JAMES O. SEBRING, Respondent.

(Argued June 6, 1933; decided July 11, 1933.)

*Claude V. Stowell* for appellant.

*James O. Sebring,* in person, for respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS and CROUCH, JJ.